IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. |
| | * |
| BYUNG IL BANG, | * PX 18CR547 |
| a/k/a "Peter Bang," | * FILED UNDER SEAL |
| | * |
| Defendant. | * |

*******

## MOTION TO SEAL

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland and Erin B. Pulice, Assistant United States Attorney for said District, hereby moves this Honorable Court for an order sealing the Information in the above-captioned matter. Disclosure of the Information would enable the defendant to evade his appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order, the Information and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: /s/ Erin B. Pulice
Erin B. Pulice
Assistant United States Attorney

ORDERED as prayed, this 30th day of October, 2018.

/s/ Gina L. Simms
Gina L. Simms
United States Magistrate Judge