**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-18-547** |
| | * | |
| **BYUNG IL BANG,** | * | |
| a/k/a "Peter Bang", | * | |
| | * | |
| **Defendant** | * | |

\*\*\*\*\*\*\*

## NOTICE OF ATTORNEY APPEARANCE

Madam Clerk:

    Please enter the appearance of Thomas M. Sullivan as counsel for the government for all purposes in the above-captioned case.

                                               Respectfully submitted,

                                               Robert K. Hur
                                               United States Attorney

                    By:            /s/
                                               Thomas M. Sullivan
                                             Assistant United States Attorney